IN THE UNITED STATES MIDDLE DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 1:11CR203-1 |
| | : | |
| THOMAS MARSHALL BYRD, | : | |
| | : | |
| Defendant | : | |

## NOTICE OF APPEAL

NOW COMES the Defendant, THOMAS MARSHALL BYRD, by and through counsel, Teresa D. Stewart, and hereby gives notice of appeal in the above-captioned case from the Judgment entered in the Middle District of North Carolina on October 5, 2012.

This the 12th day of October, 2012.

                                                               /s/    Teresa Stewart  
                                                               Teresa Stewart  
                                                               Attorney for Defendant

**OF COUNSEL:**  
**Law Offices of Teresa Stewart, P.C.**  
1110 Brookstown Avenue  
Winston Salem, NC 27101  
TEL:   336-725-5510  
FAX:   336-725-5542

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an attorney at law licensed to practice in the State of North Carolina and the Middle District of North Carolina; is the attorney for the defendant; and is a person of such age and discretion as to be competent to serve process.

That on the 12th of October she served a copy of the attached **NOTICE OF APPEAL** by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and its contents in the United States Mail, first class at Winston Salem, North Carolina.

ADDRESSEE:   Randall Galyon
Assistant United States Attorney
P.O. Box 1858
Greensboro, NC 27402

/s/   Teresa Stewart
Teresa Stewart
Attorney for Defendant

**OF COUNSEL:**
**Law Offices of Teresa Stewart, P.C.**
1110 Brookstown Avenue
Winston Salem, NC 27101
TEL: 336-725-5510
FAX: 336-725-5542