IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA      )
                              )
      v.                      )            1:11CR203-1
                              )
THOMAS MARSHAL BYRD           )

## ORDER

This matter is before the court upon Defendant's Motion for
Authorization to Disclose Presentence Report and Sentencing
Documents to Appellate Counsel (Doc. 48) for use in preparation of
Defendant's appeal. The court has considered the motion and finds
that, for good cause shown, the disclosure of such documents is
necessary for the preparation of Defendant's appeal.

**IT IS THEREFORE ORDERED** that the motion (Doc. 48) is **GRANTED**
and that a copy of the presentence report and sentencing documents
may be disclosed to attorney Mark A. Jones for use in the preparation
of Defendant's appeal.

This the 27th day of November, 2012.

_____
                  United States District Judge