FILED: March 28, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4813
(1:11-cr-00203-WO-1)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

THOMAS MARSHALL BYRD

  Defendant - Appellant

_____

O R D E R
_____

  Upon consideration of submissions relative to the motion to remand, the court grants the motion and remands this case to the district court.

  Entered at the direction of Judge Niemeyer with the concurrence of Judge Gregory and Judge Davis.

                For the Court

                /s/ Patricia S. Connor, Clerk