United States District Court
for the
Middle District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff )<br> )<br>v. )<br> )<br>THOMAS MARSHALL BYRD, )<br>Defendant ) | Criminal Action No. 1:11-cr-203-1 |

## NOTICE OF APPEAL

NOW COMES the defendant, Thomas Marshall Byrd, by and through undersigned counsel, Mark A. Jones, giving Notice that the defendant in this matter hereby appeals to the United States Court of Appeals for the Fourth Circuit. This appeal is taken from the final Judgment in a Criminal Case, entered this day, September 12, 2013.

Respectfully submitted, this the 12th day of September, 2013.

/s/Mark A. Jones
BELL, DAVIS & PITT, P.A.
North Carolina Bar # 36215
100 North Cherry Street, Suite 600
Winston-Salem, NC 27101
Phone (336) 714-4122
Facsimile (336) 714-4101
Email: mjones@belldavispitt.com

## CERTIFICATE OF SERVICE

I certify that on this the 12th day of September, 2013, a copy of this **Notice of Appeal** was served upon an attorney for the government, that is, Mr. Randall Galyon, by e-mail through CM/ECF at randall.galyon@usdoj.gov

/s/Mark A. Jones
BELL, DAVIS & PITT, P.A.
North Carolina Bar # 36215
100 North Cherry Street, Suite 600
Winston-Salem, North Carolina 27101
Phone (336) 714-4122
Facsimile (336) 714-4101
Email: mjones@belldavispitt.com